IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BKM, a minor child, by and through SANDY HORN, his biological mother, custodial parent, and next friend,

Plaintiff,

v.

LAIRD ENTERPRISES, INC., and MARINE TRANSPORT, INC.,

Defendants.

CV 118-094

## ORDER

Before the Court is the joint stipulation of dismissal between Plaintiff and Defendant Marine Transport, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 4.) Accordingly, all claims against Marine Transport, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **REMOVE** Marine Transport, Inc. as a defendant in this case. Laird Enterprises, Inc. **SHALL REMAIN** a party to this case.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA