IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
BKM, a Minor Child, by and      *
through Sandy Horn, His         *
Biological Mother, Custodial    *
Parent, and Next Friend,        *
                                *
     Plaintiff,                 *
                                *
     v.                         *    CV 118-094
                                *
LAIRD ENTERPRISES, INC.,        *
                                *
     Defendant.                 *
```

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 18.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this /5th day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA